# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RICHARD OWEN LONG, | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION NO. 13-00447-KD-M |
| DR. RICHARD C. THOMASON, JR., *et al.*, | : |
| **Defendants.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (Doc. 12) is made, the Report and Recommendation (Doc. 8) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 7, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because the claims are either frivolous or fail to state a claim upon which relief can be granted.

Final judgment in accordance with this Order shall issue by separate document.

**DONE** and **ORDERED** this the **6th** day of **January 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**